IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON EDWARD CORDER,

    Petitioner,

vs.

MATTHEW CATE,

    Respondent.

No. C 11-3489 WHA (PR)

**ORDER OF DISMISSAL**

(Docket Nos. 2, 4)

    This pro se habeas action was filed on July 15, 2011. On that same day, petitioner was notified that his application for leave to proceed in forma pauperis was deficient because he had provided neither a copy of his inmate trust account nor a certificate of funds in his inmate account. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the completed application within thirty days the case would be dismissed. No response has been received. This case is therefore **DISMISSED** without prejudice. The incomplete application to proceed in forma pauperis (docket number 2) and the motion for a stay (docket number 4) are **DENIED**.

    The clerk shall close this file.

    **IT IS SO ORDERED.**

Dated: August  29 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\CORDER3489.DFP.wpd